IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 25-802 Smp |
| | ) | |
| vs. | ) | Counts 1 and 2: 18 U.S.C. § 844(e): |
| | ) | Malicious Threat to Injure by Fire and |
| **MATTHEW MILLS**, | ) | Explosive. |
| | ) | |
| Defendant. | ) | |

I N D I C T M E N T

The Grand Jury charges:

Count 1

On or about May 17, 2023, in Eddy County, in the District of New Mexico, the defendant, **MATTHEW MILLS**, through the use of a cellular telephone, an instrument of interstate and foreign commerce, willfully made a threat and maliciously conveyed false information knowing the same to be false, concerning an attempt or alleged attempt being made, and to be made, to kill, injure, and intimidate individuals, and to damage and destroy a building, by means of fire and an explosive.

In violation of 18 U.S.C. § 844(e).

Count 2

On or about May 17, 2023, in Eddy County, in the District of New Mexico, the defendant, **MATTHEW MILLS**, through the use of email, an instrument of interstate commerce, willfully made a threat and maliciously conveyed false information knowing the same to be false, concerning an attempt or alleged attempt being made, and to be made, to kill,

injure, and intimidate individuals, and to damage and destroy a building, by means of fire and an explosive.

In violation of 18 U.S.C. § 844(e).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

*JAS*